Matter of Pendergrass (2023 NY Slip Op 03660)

Matter of Pendergrass

2023 NY Slip Op 03660

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed June 30, 2023.)

&em;

[*1]MATTER OF ANTHONY L. PENDERGRASS, A SUSPENDED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered terminating interim suspension imposed by order entered June 22, 2021, and reinstating respondent to the practice of law.